UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 10-30269-WRS
                                         Chapter 7
FRANCIS ROBERT CURRY
HEATHER CURRY,

    Debtors

KRISTIN MICHELLE THOMAS,

    Plaintiff                        Adv. Pro. No. 10-3027-WRS

  v.

FRANCIS ROBERT CURRY,
HEATHER CURRY, and
SOUTHLAND INVESTIGATORS LLC,

    Defendants

## ORDER ABSTAINING FROM FURTHER PROCEEDINGS

On May 12, 2011, the Court entered judgment in favor of Plaintiff Kristin Michelle Thomas, determining that she was owed $225,000 and that the debt was excepted from the Debtors' discharge pursuant to 11 U.S.C. § 523(a)(2).

On September 14, 2011, Thomas filed a motion to compel, contending that the Defendants had failed to respond to post-judgment discovery requests. (Doc. 32).

The determination of whether a debt is excepted from discharge is within this Court's exclusive jurisdiction. However, the collection of a debt which has been determined to be nondischargeable may be done in State Court. It is this Court's policy, in general, to abstain from hearing collection proceedings on nondischargeable judgments. Accordingly, the Court

will abstain from hearing collection proceedings pursuant to 28 U.S.C. § 1334(c)(1). Further proceedings should be brought in State Court.

Done this 27th day of September, 2011.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: George W. Thomas, Attorney for Defendants
   Jimmy Jacobs, Attorney for Plaintiff